**Jesse L. McROY, Appellant,**

v.

**Gaye Lynn FIFE, Respondent.**

**No. WD 75799.**

Missouri Court of Appeals,
Western District.

Aug. 13, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 1, 2013.

Jesse L. McRoy, pro se.

Martha E. Ravenhill, for respondent.

Before Division Three: JOSEPH M. ELLIS, Presiding Judge, LISA WHITE HARDWICK, Judge and CYNTHIA L. MARTIN, Judge.

### *ORDER*

PER CURIAM:

Jesse McRoy appeals from a Memorandum, Order & Judgment dismissing as moot his petition for declaratory relief against Gaye Fife, a records officer for the Northeast Correctional Center, in which Appellant asserted that his parole eligibility had been improperly calculated and requested a declaration to that effect. After a thorough review of the record, we conclude that no error of law appears. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**